| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | CLERK'S OFFICE U.S. DIST. COURT AT ABINGDON, VA FILED JUN 15 2009 JOHN F. CORCORAN, CLERK BY /s/ Deputy Clerk | 1:08CR00005-001 1:08CR00006-001 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jackie Carl Scarberry, Jr. 62 Duke Street, Unit 4 Granite Falls, North Carolina 78630 | WESTERN DISTRICT OF VIRGINIA | Abingdon |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Richard L. Voorhees | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/25/06 — TO 10/8/10 |

**OFFENSE**

1:08CR00005-001: Taking and Carrying Away with Intent to Steal Money Exceeding $1,000 Belonging to High Country Bank and Aiding and Abetting

1:08CR00006-001: Robbery of Property and Money Exceeding $1,000 Belonging to an in the Care of Members Credit Union and Aiding and Abetting

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF VIRGINIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_5/4/09_
Date

_/s/_
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Western District of North Carolina</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6-8-09_
Effective Date

_/s/ Richard L. Voorhees_
United States District Judge